

1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA   93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          CASE NO. 1:14 CR. 00089 LJO SKO

12                                    MOTION AND PROPOSED ORDER TO
   Plaintiff,                         SEAL INDICTMENT
13

14 v.

15
   VICTOR MONTOYA
16 aka "Vicious",

17
   Defendant.
18

19

20     The government moves the Court, pursuant to Rule 6(e) of the

21 Federal Rules of Criminal Procedure, to order and direct that the

22 Indictment returned by the Grand Jury on April 30, 2014, charging the

23 above defendant with a violation of 21 U.S.C. §§ 846 and 841(a)(1)-

24 Conspiracy to Distribute and Possess With Intent to Distribute

25 Methamphetamine; 21 U.S.C. § 841(a)(1)-Possession With Intent to

26 Distribute Methamphetamine and a Criminal Forfeiture court be kept

27 secret until the defendant named in this Indictment is either in

28 custody or has been given bail on these offenses; and further order

Motion to Seal Indictment                 1

that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: April 30, 2014			Respectfully submitted,

					BENJAMIN B. WAGNER
					United States Attorney

				By	/s/
					KIMBERLY A. SANCHEZ
					Assistant U.S. Attorney


IT IS SO ORDERED.

Dated:   April 30, 2014			/s/ Sheila K. Oberto
					U.S. Magistrate Judge

Motion to Seal Indictment					2