BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
MAY 12 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00089-LJO-SKO |
|---|---|
| Plaintiff, | MOTION TO UNSEAL INDICTMENT; [PROPOSED] ORDER |
| v. | |
| VICTOR MONTOYA, AKA, "VICIOUS", | |
| Defendant. | |

The United States of America hereby applies to this Court for an order pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. There no longer exists any reason to keep the indictment under seal.

Based on the foregoing, the United States respectfully requests that the indictment be unsealed and made public record.

Dated: May 12, 2014

BENJAMIN B. WAGNER
United States Attorney

By: /s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

IT IS HEREBY ORDERED that the case be unsealed and be made public record.

DATED: _May 12_, 2014

_____
HON. SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

MOTION TO UNSEAL INDICTMENT; ORDER      1