1  ROGER K. LITMAN, 57634
   Attorney at Law
2  Civic Center Square
   2300 Tulare Street, Suite 230
3  Fresno, California  93721
   Telephone:     (559) 237-6000
4  Facsimile:     (559) 233-6044

5  Attorney for Defendant, VICTOR ALFONSO-MONTOYA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  1:14-cr-00089 LJO |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | TO CONTINUE SENTENCING |
| | ) | |
| VICTOR ALFONSO-MONTOYA, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing hearing in this matter, currently calendared for October 27, 2014 at 9:30 a.m., be continued to November 3, 2014 at 9:30 a.m. before the Hon. Lawrence J. O'Neill.

This continuance is appropriate as defense counsel needs additional time to investigate and address unexpected facts set forth in the draft presentence investigation report.

Informal objections will be due to probation and opposing counsel by October 20, 2014. Any formal objections will be filed with the court and served upon probation and opposing counsel by October 27, 2014.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  October 3, 2014          /s/ Kimberly Sanchez
                                 KIMBERLY SANCHEZ
                                 Assistant United States Attorney
                                 This was agreed to by Ms. Sanchez
                                 via email on October 3, 2014

1

DATED:   October 3, 2014        /s/ Roger K. Litman
                                ROGER K. LITMAN
                                Attorney for Defendant
                                VICTOR ALFONSO-MONTOYA

IT IS SO ORDERED.

   Dated:   **October 4, 2014**           **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE