MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: berdinellalaw@gmail.com
Phone: (559) 436-8000
Fax:    (559) 436-8900

Attorney for Defendant/Petitioner,
Victor Montoya

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>**Victor Montoya,**<br><br>             Defendant. | Case No.: 1:14-CR-00089-001<br><br>**ORDER AFTER HEARING AND RELEASE ORDER FOR DEFENDANT VICTOR MONTOYA** |

**It is Hereby Ordered** that Victor Montoya (DOB 02/18/1988, Fresno County JID #7025901, Federal ID No. 70104097) be released from the Fresno County Detention Facility to a representative of the Salvation Army Fresno Adult Rehabilitation Center on Thursday, April 18, 2024 at 7:00 a.m. for transportation to the Salvation Army Fresno Adult Rehabilitation Center.

It is further Ordered that the Defendant, Victor Montoya, must participate in an inpatient substance abuse/alcohol abuse treatment program and follow the rules and regulations of that program, for a period of up to 180 days, and up to 10 additional days for substance detoxification services if deemed necessary. The Probation Officer, in consultation with the treatment provider, will supervise his participation in the program.

The Defendant Victor Montoya is Ordered to be released to a representative of the Salvation Army by 7:00 a.m. April 18, 2024 to transport him to the Salvation Army Fresno Adult Rehabilitation Center at 804 S. Parallel Avenue, Fresno, CA 93721, where he will remain as directed by his Probation Officer.

All previously Ordered conditions are to remain in full force and effect, except those hereby modified.

**ORDER**

**It is so Ordered.**

Dated: 4/17/2024

*Sheila K. Oberto*
Sheila K. Oberto
United States Magistrate Judge